In the Matter of JAMES F. SWANICK, an Attorney, Respondent.

First Department, November 27, 1936.

*S. C. Lewis* of counsel [*Einar Chrystie*, attorney], for the petitioner.

Respondent in person.

PER CURIAM. The respondent should be suspended for one year for his failure to promptly pay over to his client the money to which she was entitled as the result of the settlement of her claim, with leave to apply for reinstatement at the expiration of that term upon proof of his compliance with the conditions incorporated in the order.

Present — MARTIN, P. J., McAVOY, O'MALLEY, TOWNLEY and DORE, JJ.

Respondent suspended for one year.